# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                        Case No.: 6:10-bk-18628-ABB

JENNIFER ABBRUZZESE,

                    Debtor(s).

_____/


___X___ **Chapter 13 Plan**          _____ **Amended Chapter 13 Plan**


    **COMES NOW**, the Debtor, **JENNIFER ABBRUZZESE,** files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:


## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-60 | $ 1,126.00 |


    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

## Secured Claims

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BAC Home Loans | $83,000.00 | $768.00 | 1-60 |

## Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $15,360.00 | $256.00 | 1-60 |

## Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

**The following leins shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:**

| Creditor Name: | Amount of Claim | Property Address: |
|---|---|---|
| Riverside Bank | $50,000.00 | 697 Hamm Street NW Palm Bay, FL 32907 |

## Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

**(motion to value must be filed consistent with plan treatment)**

## Executory Contracts:

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|
| -NONE- | | |

**The following Executory Contracts are rejected**:

**Name of Creditor:**                    **Description of Collateral:**

-NONE-

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage:  **0**  %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this ___1___ day of ___November___, 2010.


**JENNIFER ABBRUZZESE**


**BILLY M. THOMAS, ESQUIRE**
997 S. Wickham Road
W. Melbourne, Florida  32904
Florida Bar No.:  0940682
Phone:  (321) 728-1013
Fax:  (321) 728-4870

Label Matrix for local noticing
113A-6
Case 6:10-bk-18628-ABB
Middle District of Florida
Orlando
Mon Nov  1 16:05:07 EDT 2010

BAC Home Loan Servicing LP
7105 Corporate Drive
Plano Texas 75024-4100


Brevard County Tax Collector
Attn: Rod Northcutt
Post Office Box 2500
Titusville FL 32781-2500


Citi Bank
C/o United Collection Bureau
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614-1501

Countrywide/BAC Home Loans
PO Box 660694
Dallas, TX 75266-0694


(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326


Panhandle-Plains Student
PO Box 1017
Canyon, TX 79015-1017


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500


Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

---

BAC Home Loan Servicing LP
7105 Corporate Drive
Plano, TX 75024-4100


BAC Home Loans Servicing
C/o Alan S. Polackwich, Sr.
4100 20th Street
Vero Beach, FL 32960-2415


Brevard County Tax Collector
Attn: Rod Northcutt, CFC
400 South Street, 6th Floor
Titusville, FL 32780-7698


Citi Cards
PO Box 6940
The Lakes, NV 88901-6940



Florida Department of Education
OSFA
PO Box 7019
Tallahassee, Fl 32314-7019


Nelnet, Inc.
PO Box 2877
Omaha, NE 68103-2877



Riverside Bank
PO Box 400
Fort Pierce, FL 34954-0400



Billy M Thomas
Law Office of Billy M Thomas
997 South Wickham Road
West Melbourne, FL 32904-1459

---

United States Bankruptcy Court
135 West Central Boulevard Suite 950
Orlando, FL 32801-2443


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Chase Bank USA NA
c/o Phillip Orsi
1191 E Newport Center Dr
Suite 101
Deerfield Beach, FL 33442-7736


Citi Mastercard
Processing Center
Des Moines, IA 50364-0001


Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668


Nissan-Infiniti LT
PO Box 660366
Dallas  TX 75266-0366



Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221



Jennifer D Abbruzzese
697 Hamm Street NW
Palm Bay, FL 32907-8225

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

(d) Internal Revenue Service
Special Procedures
400 West Bay St. Suite 35045
Jacksonville, FL 32202-4437

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24